IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| AARON M KLINGENSMITH,<br>by his wife and next friend,<br>CARMELLA A KLINGENSMITH<br><br>Plaintiff<br>v.<br>COMMONWEALTH OF<br>PENNSYLVANIA, et al.,<br><br>Defendants. | Civil No. 25-1802 |

## Memorandum Opinion and Order

This action was purportedly filed by Plaintiff Aaron M. Klingensmith, by his wife and next friend, Carmella A. Klingensmith. Ms. Klingensmith is also identified as a Plaintiff on the Docket Sheet; however, she does not include herself on the Complaint as an individual party and she signed the Complaint as, "Next Friend of Plaintiff Aaron M. Klingensmith." Compl. at 7. In addition, a Motion for Temporary Restraining Order has been filed. ECF No 3.[1] The relief sought also appears to refer only to Plaintiff Aaron Klingensmith. Compl. at 6-7.[2] Therefore, Carmella A. Klingensmith will not be treated as a Plaintiff, and the Court will address her status as "next friend" to the real party in interest, Aaron Klingensmith.

"Although an individual may represent herself or himself pro se, a non-attorney may not represent other parties in federal court." *Murray on behalf of Purnell v. City of Philadelphia*, 901 F.3d 169, 170 (3d Cir. 2018). "The purpose of the next-friend procedure is to afford access to the

---

[1] The claims arise out of Aaron Klingensmith's criminal case being prosecuted in the Court of Common Pleas of Westmoreland County. Docket No. CP-65-CR-0004313-2021. That case is ongoing.

[2] However, Carmella Klingensmith appears to present a claim of First Amendment Retaliation that relates only to her, not the Plaintiff. Compl. at Count VIII.

courts to a 'real party in interest [who] is unable to litigate his own cause due to mental incapacity, lack of access to court, or other similar disability.'" *Schlemmer v. Cent. Intel. Agency*, 804 F. App'x 127, 128 n. 1 (3d Cir. 2020) (quoting *Whitmore v. Arkansas*, 495 U.S. 149, 165 (1990)). Moreover, a lay person, that is, one who is not an attorney, "cannot represent other parties." *Schlemmer*, 804 F. App'x at 128 n. 2. "A non-attorney cannot represent another party, even if acting as a next friend." Id. (citing,, among others, *Berrios v. N.Y.C. Hous. Auth.*, 564 F.3d 130, 134 (2d Cir. 2009) (non-attorney next friend must be represented by an attorney in order to represent incompetent litigant)). "In the federal courts, 'parties may plead and conduct their own cases personally or by counsel.' This provision authorizes only 'two types of representation: "that by an attorney admitted to the practice of law by a governmental regulatory body and that by a person representing himself."'" *Ruiz Perez v. Soto*, No. CV 25-16871 (JXN), 2025 WL 3186962, at *2 (D.N.J. Nov. 14, 2025) (citations omitted).

Significantly, there is no indication that Aaron Klingensmith, in reality, has anything to do with this purported Complaint, Motion for Temporary Restraining Order, or that he consents to its filing on his behalf. All submissions have been prepared, signed, and submitted by Carmella Klingensmith, as next friend. Aaron Klingensmith has not signed the Complaint or otherwise provided proof that he has chosen to pursue the purported litigation. The Complaint and associated filings were signed by Carmella Klingensmith who states that she is signing as Plaintiff's next friend. Carmella Klingensmith cannot proceed as a next friend in federal court without an attorney and without a further showing that Plaintiff Aaron Klingensmith cannot appear on his own behalf for some legitimate reason (such as, mental incapacity, lack of access to court, or other similar disability). Being an incarcerated inmate is not, by itself, a legitimate

reason.[3] The Court emphasizes that even if the proper showing of incapacity were made, Carmella Klingensmith cannot proceed in this action without retaining an attorney to represent her and Aaron Klingensmith, and to seek her appointment as next friend. Alternatively, Aaron Klingensmith is free to file a Complaint on his own behalf, proceeding pro se.

For the above reasons, demonstrating that this action cannot at this time be prosecuted because there is neither an attorney representing the Plaintiff Aaron Klingensmith, and Mr. Klingensmith has not chosen to represent himself, this action will be administratively closed. The action will be reopened upon a proper filing of an amended complaint by Plaintiff Aaron Klingensmith himself or by an attorney retained to file an amended complaint on behalf of Aaron Klingensmith, or by an attorney, retained to represent the purported next friend, who also files for a court order appointing Carmella Klingensmith as next friend and who thereafter represents Aaron Klingensmith.

AND NOW, this 21st day of November 2025, it is hereby ORDERED as follows:

IT IS ORDERED that the Clerk of Court shall administratively close this action.

IT IS ORDERED that purported "next friend" of Plaintiff Aaron Klingensmith, Carmella Klingensmith, may not proceed as party to this action without first securing a licensed attorney to represent her and then formally applying to be appointed as next friend. Carmella Klingensmith, as next friend to Plaintiff Aaron Klingensmith, is dismissed from this action.

---

[3] In describing herself as a party in this action, Carmella Klingensmith states that she is proceeding as next friend "due to unlawful detention preventing Plaintiff from vindicating his own rights." Compl. at 2. Again, the fact of incarceration alone has never been a reason to appoint a next friend to initiate litigation on behalf of an inmate.

This action is hereby administratively closed. Plaintiff Aaron Klingensmith may seek to reopen this case, by either personally representing himself or by engaging an attorney to represent him, or by an attorney representing Carmella Klingensmith following the proper procedures for next friend status.

                                                                                                                           s/*Marilyn J. Horan*
                                                                                                                           Marilyn J. Horan
                                                                                                                           United States District Court Judge

Aaron M Klingensmith
Westmoreland County Prison
Unit B
3000 S Grande Blvd
Greensburg, PA 15601

Carmella A Klingensmith
1684 Bethel Church Rd.
Latrobe, PA 15650